# United States District Court

**Western District of Texas**
**El Paso Division**

FILED

Jun 10 2026

Clerk, U.S. District Court
Western District of
Texas

By: _____*AQ*_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| vs. | §  **No:  EP:26-M -02585(4) -LE** |
| | § |
| **(4) IRVIN ALONSO GUZMAN-LUNA** | § |
| | § |
| | § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Pablo Chapablanco, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 10th day of June, 2026.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE